# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   CHRISTOPHER G JOHNSON                §                Case No.: 10-07793
         DANIELLE C JOHNSON                   §

         Debtor(s)                            §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2010.

2) This case was confirmed on 05/06/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2010.

5) The case was dismissed on 12/16/2010.

6) Number of months from filing to the last payment: 5

7) Number of months case was pending: 13

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,400.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,945.00 |
| Less amount refunded to debtor | $      .00 |
| **NET RECEIPTS** | $ 1,945.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $   714.64 |
| Court Costs | $      .00 |
| Trustee Expenses and Compensation | $   130.20 |
| Other | $      .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $   844.84 |
| Attorney fees paid and disclosed by debtor | $   600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T-MOBILE/T-MOBILE US | UNSECURED | 650.00 | 449.69 | 449.69 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 3,525.00 | 8,431.63 | 8,431.63 | 921.30 | 103.86 |
| CAPITAL ONE AUTO FIN | UNSECURED | 4,410.00 | NA | NA | .00 | .00 |
| PERSONAL FINANCE CO | SECURED | 1,900.00 | 2,168.57 | 1,900.00 | 75.00 | .00 |
| PERSONAL FINANCE CO | UNSECURED | 467.00 | .00 | 268.52 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 4,005.00 | 4,005.00 | 4,005.00 | .00 | .00 |
| AFNI | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,566.00 | 1,566.80 | 1,566.80 | .00 | .00 |
| CANDICA LLC | UNSECURED | 697.00 | 697.18 | 697.18 | .00 | .00 |
| WEST BAY AQUISITIONS | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 590.00 | 590.25 | 590.25 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 2,970.00 | 1,240.78 | 1,240.78 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,298.00 | 1,411.21 | 1,411.21 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,201.00 | 3,021.02 | 3,021.02 | .00 | .00 |
| EASY MONEY EXPRESS/C | UNSECURED | 819.00 | NA | NA | .00 | .00 |
| METABANK/FINGERHUT | UNSECURED | 135.00 | 135.00 | 135.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 834.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 1,378.00 | 1,439.60 | 1,439.60 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 944.00 | 1,091.99 | 1,091.99 | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 1,510.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 816.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | 628.00 | 628.39 | 628.39 | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | 359.00 | 359.25 | 359.25 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PRA RECEIVABLES MANA | UNSECURED | 929.00 | 929.88 | 929.88 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 643.00 | 643.46 | 643.46 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 2,325.00 | 2,375.01 | 2,375.01 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 859.00 | 882.26 | 882.26 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 813.00 | 1,024.29 | 1,024.29 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 404.00 | 572.82 | 572.82 | .00 | .00 |
| HSBC BEST BUY | UNSECURED | 1,038.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPLOYMEN | UNSECURED | 1,112.00 | 4,864.00 | 4,864.00 | .00 | .00 |
| KNOWLEDGE LEARNING C | UNSECURED | 975.00 | 974.34 | 974.34 | .00 | .00 |
| MARIN | UNSECURED | 1,426.00 | NA | NA | .00 | .00 |
| MARIN | UNSECURED | 1,083.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,064.00 | 1,064.20 | 1,064.20 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 535.00 | 535.00 | 535.00 | .00 | .00 |
| CASH TRANSFER CENTER | UNSECURED | 651.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT IN | UNSECURED | 381.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| PAYMENT DIRECT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 665.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 578.00 | 444.33 | 444.33 | .00 | .00 |
| REC MGT GRP | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| SMG GROUP LLC | UNSECURED | 418.00 | NA | NA | .00 | .00 |
| STAR CASH PROCESSING | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| SUN LOAN # 249 | UNSECURED | 692.00 | NA | NA | .00 | .00 |
| CITY OF EDWARDSVILLE | UNSECURED | .00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS I | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,681.00 | 1,691.15 | 1,691.15 | .00 | .00 |
| AMERENCIPS CREDIT & | UNSECURED | 768.00 | 768.20 | 768.20 | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 62,341.00 | 63,126.87 | 63,126.87 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 50,377.00 | 53,538.78 | 53,538.78 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 49,096.00 | 55,400.18 | 55,400.18 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 5,870.00 | 5,677.51 | 5,677.51 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,082.00 | 4,611.74 | 4,611.74 | .00 | .00 |
| WORLD FINANCE CORP | UNSECURED | 1,344.00 | 1,464.00 | 1,464.00 | .00 | .00 |
| AMERENCIPS CREDIT & | UNSECURED | NA | 320.27 | 320.27 | .00 | .00 |
| IL BELL TELEPHONE CO | UNSECURED | NA | 225.73 | 225.73 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,331.63 | 996.30 | 103.86 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,331.63 | 996.30 | 103.86 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,005.00 | .00 | .00 |
| **TOTAL PRIORITY:** | 4,005.00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 214,033.70 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 844.84 |
| Disbursements to Creditors | $ | 1,100.16 |
| **TOTAL DISBURSEMENTS:** | $ | 1,945.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   03/23/2011                              /s/ Tom  Vaughn
                                                 Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**